```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PRESIDENT OREN BARZILAY *as President of*  :
*Uniformed EMTs, Paramedics, and Fire Inspectors,*  :
*Local 2507, DC 37, AFSCME, et al.*,  :
:   20-cv-4452 (LJL)
Plaintiffs,  :
:   ORDER
-v-  :
:
CITY OF NEW YORK, *et al.*,  :
:
Defendants.  :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    By Opinion and Order dated July 8, 2022, the Court denied Plaintiffs' motion for summary judgment and granted in part and denied in part Defendants' motion for summary judgment. The Court will hold a telephonic status conference on August 12, 2022 at 2:00 p.m. to discuss trial in this matter. The parties are directed to dial in to the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

    SO ORDERED.

Dated: July 11, 2022
       New York, New York

                                      LEWIS J. LIMAN
                                      United States District Judge