

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
L**AW** D**EPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DANIELLE DANDRIGE**
Labor and Employment Law Division
phone: (212) 356-0889
fax: (212) 356-2438
email: ddandrig@law.nyc.gov

September 1, 2022

<u>Via ECF</u>
Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

          Re:    <u>Barzilay, et al. v. The City of New York, et al.</u>
                 20-cv-4452 (LJL)

Dear Judge Aaron:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel and am assigned to represent Defendants City of New York and Daniel Nigro, as Commissioner of the New York City Fire Department, and Carlos Velez in the above-referenced matter. In accordance with Your Honor's Individual Practice ID, I write to request an adjournment of the settlement conference currently scheduled to take place via TEAMS on September 8, 2022, at 2 p.m. Plaintiffs consent to the defendants' adjournment request.

      Defendants seek the adjournment because they will not be able to secure authority by conference date and will not be able to respond to plaintiffs' demands, which were communicated to defendants on August 25, 2022. Defendants will not be able to secure any authority prior to the conference due, in part, to staffing issues at Comptroller's office arising from vacations and changes in employment status. Further, an individual on the team that I supervise, recently gave notice, and as such I, and my co-supervisor, have had to, and continue to, respond to pressing deadlines in that individual's cases.

I have conferred with plaintiffs' counsel and my clients and the parties have mutual availability from October 15th to October 27th[1].

Accordingly, I respectfully seek an adjournment of the settlement conference currently scheduled for September 8, 2022, to a date between October 15, 2022, and October 27, 2022, or to a date more convenient for the Court.

Thank you for your consideration of this request.

                                            Respectfully submitted,
                                            /s/
                                            Danielle Dandrige
                                            Assistant Corporation Counsel

cc (via ecf):
Walter M. Meginniss
Amelia Tuminaro
GLADSTEIN, REIF, & MEGINNISS, LLP.
Attorneys for plaintiffs

> Request GRANTED. The settlement conference currently scheduled for September 8, 2022 at 2:00 p.m. is rescheduled to October 19, 2022 at 10:00 a.m. The settlement shall proceed by Microsoft Teams unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means. The Court will provide the Microsoft Teams information to the parties by email prior to the conference.  The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. SO ORDERED.
> Dated: September 1, 2022

---

[1] I have no September availability because I will be away on vacation from September 13, 2022, to September 28, 2022.