```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
PRESIDENT OREN BARZILAY *as President of*  :
*Uniformed EMTs, Paramedics, and Fire Inspectors,*  :
*Local 2507, DC 37, AFSCME, et al.*,  :
:            20-cv-4452 (LJL)
                    Plaintiffs,  :
:                ORDER
         -v-  :
:
CITY OF NEW YORK, *et al.*,  :
:
                    Defendants.  X
-----------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

    The Court has been informed that the parties have reached a settlement in principle in this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order.  Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis.  Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.  Notwithstanding anything above to the contrary, Plaintiffs are permitted to file a motion for attorney's fees within the time period permitted by Federal Rule of Civil Procedure 54(d)(2).

    SO ORDERED.

Dated: October 27, 2022
       New York, New York

                                            LEWIS J. LIMAN
                                            United States District Judge