```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/02/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PRESIDENT OREN BARZILAY *as President of*
*Uniformed EMTs, Paramedics, and Fire Inspectors,*
*Local 2507, DC 37, AFSCME, et al.*,

              Plaintiffs,

      -v-

CITY OF NEW YORK, *et al.*,

             Defendants.
-------------------------------------------------------------------X

20-cv-4452 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Plaintiffs' motion for judgment based on the settlement and Plaintiffs' and Defendants' corresponding motion papers. The parties are directed to contact Magistrate Judge Stewart D. Aaron's chambers to arrange a further settlement conference. The Court will hold a decision on the pending motion in abeyance until the conclusion of that settlement conference.

      SO ORDERED.

Dated: January 2, 2023
       New York, New York

                                                   LEWIS J. LIMAN
                                         United States District Judge